UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| GAP ENGINEERING, INC., ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:05-cv-0041-RLY-WGH |
| ) | |
| ALCOA, INC., ) | |
| Defendant. ) | |

**ORDER ON MOTION TO DISMISS PURSUANT TO 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE and REQUEST FOR ORAL ARGUMENT**

On February 18, 2005, plaintiff GAP Engineering, Inc., filed a Complaint asking the court to declare that pursuant to Contract No. 50040a, GAP is the exclusive owner of a technology known as the Pressurized Fluid Application System ("PfAS technology"), which is a coating that defendant Alcoa, Inc. utilizes in various locations. GAP also alleges that Alcoa tortiously interfered with GAP's business relationships with interested industries to market and use this technology. Alcoa now moves to dismiss GAP's Complaint on three grounds: (1) Contract No. 50040a is unenforceable due to lack of consideration and lack of mutuality; (2) GAP cannot be considered the valid sole and exclusive owner of the technology based upon the plan language of Contract No. 50040a; and (3) GAP's tortious interference claim is meritless because GAP has failed to allege that Alcoa took any action toward or made any statements to a third-party, a required element of a tortious interference claim.

The court, having read and reviewed GAP's Complaint, Alcoa's motion, the supporting and opposing memorandums of law, and the applicable law, now finds GAP has sufficiently alleged that Contract No. 50040a is a valid contract. GAP has asserted that it is the owner of the PfAS technology and has supplied all the factual allegations necessary to entitle it to a declaratory relief to that effect. *See generally*, Complaint. The court further finds GAP has sufficiently put Alcoa on notice of its claim for Alcoa's tortious interference with GAP's business relationships. *Id*. Accordingly, Alcoa's motion to dismiss is **DENIED**, and Alcoa's request for oral argument is **DENIED as MOOT**.

**SO ORDERED** this  2nd   day of August 2005.

                                                        RICHARD L. YOUNG, JUDGE
                                                       United States District Court
                                                       Southern District of Indiana

Electronic Copies to:

Angela L. Freel
RUDOLPH FINE PORTER & JOHNSON LLP
alf@rfpj.com

Richard O. Hawley, Jr.
KIGHTLINGER & GRAY LLP
rhawley@k-glaw.com


Erin J. Higgins
LEBOEUF LAMB GREENE & MACRAE LLP
ehiggins@llgm.com

James D. Johnson
RUDOLPH FINE PORTER & JOHNSON
jdj@rfpj.com

Brent R. Weil
KIGHTLINGER & GRAY
bweil@k-glaw.com

Copy to:

David G. Hetzel
LeBoeuf, Lamb, Greene & MacRae, LLP
One Gateway Center
420 Fort Dequesne Boulevard
Suite 1600
Pittsburgh, PA 15222-1437